UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00074-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **COOPER JAY CASNER,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on defendant's consent Motion to Amend Judgment by Consent. For cause, defendant shows that the sum imposed as Restitution for the two victim banks was recovered in full by law enforcement. Inasmuch as both the government and the defendant have consented to the proposed amendment, the Court is now assured that such funds will or have been returned to the victims and that no claims to seized funds or administrative process stands in the way of such return. Having considered defendant's consent motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's consent Motion to Amend Judgment by Consent (#32) is **GRANTED**, and the Clerk of Court is instructed to submit to chambers an Amended Judgment without a restitution provision.

Signed: February 28, 2018



Max O. Cogburn Jr
United States District Judge